IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERTO G. ROBLES,

    Petitioner,

vs.                                                                        No. 2:22-cv-00359-WJ-LF

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO,

    Respondent.

**ORDER OVERRULING OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
<u>RECOMMENDED DISPOSITION</u>**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") in this case on January 31, 2025. Doc. 12. The PFRD notified the parties of their ability to file objections within 14 days, and that failure to do so waived appellate review. *Id*. at 11. On one extension, petitioner Alberto Robles filed objections to the Magistrate Judge's PFRD. Doc. 17.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

IT IS THEREFORE ORDERED AS FOLLOWS:

    1. Petitioner's objections are OVERRULED;

    2. The Magistrate Judge's PFRD (Doc. 12) is ADOPTED;

1

2

3. The Court dismisses Petitioner Alberto G. Robles's 28 U.S.C. § 2254 petition for habeas corpus with prejudice as time-barred and denies a certificate of appealability.

/s/

_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE